IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

———————————————————————

UNITED STATES OF AMERICA,

             v.                                        14-CR-089-A

STACY SAMUELS, et al.

                         Defendants.

———————————————————————

## NOTICE OF LACK OF OBJECTIONS
## TO REPORT AND RECOMMENDATION

THE UNITED STATES OF AMERICA, by and through its attorneys, William J. Hochul, Jr., United States Attorney for the Western District of New York, and Edward H. White, Assistant United States Attorney, hereby files a Notice of Lack of Objections to Report and Recommendation.

By way of a report and recommendation entered on October 2, 2014, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, recommended that defendant Stacy Samuels' motion to suppress be denied.   (Dkt. no. 36).

On October 16, 2014, defendant Samuels timely filed a motion for an extension of time in which to file objections to Magistrate Judge McCarthy's Report and Recommendation.   (Dkt. no. 40).   On October 17, 2014, the Honorable Richard J. Arcara,

United States District Court Judge, granted defendant Samuels' motion and ordered defendant Samuels to file any objections by December 1, 2014. (Dkt. no. 41). On December 1, 2014, defendant Samuels timely filed another motion for an extension of time in which to file objections to the Report and Recommendation. (Dkt. no. 45). On December 2, 2014, Judge Arcara granted defendant Samuels' motion and ordered defendant Samuels to file any objections by January 14, 2015. (Dkt. no. 46). On January 14, 2015, defendant Samuels timely filed another motion for an extension of time in which to file objections to the Report and Recommendation. (Dkt. no. 50). On January 15, 2015, Judge Arcara granted defendant Samuels' motion and ordered defendant Samuels to file any objections by January 30, 2015. (Dkt. no. 51). On January 30, 2015, defendant Samuels timely filed another motion for an extension of time in which to file objections to the Report and Recommendation. (Dkt. no. 52). On February 2, 2015, Judge Arcara granted defendant Samuels' motion and ordered defendant Samuels to file any objections by February 27, 2015. (Dkt. no. 53).

To the government's knowledge, defendant Samuels has not filed objections to the Report and Recommendation. In any event, because co-defendant Karone Johnson's pretrial motions are still pending before Magistrate Judge McCarthy, the Speedy Trial Act time continues to be tolled for all of the defendants. See 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(6); (dkt. no. 61).

By the government's calculation, no days of Speedy Trial Act time have elapsed in this action.

DATED:     Buffalo, New York, April 29, 2015.


                                    WILLIAM J. HOCHUL
                                    United States Attorney


                          BY:     s/EDWARD H. WHITE
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York   14202
                                    716/843-5862
                                    Edward.H.White@usdoj.gov