IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                                                Docket No. 14-CR-00089

VS

Karone Johnson

                      Defendant

---

## STATEMENT OF DEFENDANT WITH RESPECT
## TO SENTENCING FACTORS

     PLEASE TAKE NOTICE, that the Defendant hereby adopts all the findings of the Pre-Sentence Report with respect to sentencing factors in this action.

     Pursuant to *United States v. Corace,* 146 F.3d 51, 55 (2d Cir. 1998) it is requested that the undersigned be informed of any communications made to the Court concerning the Defendant which are not disclosed in the Pre-Sentence Report. Similarly, pursuant to *United States v. Rivera,* 96 F. 3d 41, 43 (2d Cir. 1996) it is requested that the undersigned be informed of any communications from the Probation Office to the Court which do not appear in the Pre-Sentence Report.

Dated: Buffalo, New York
        April 20, 2016

                            S/ Patrick J. Brown

                            PATRICK J. BROWN, ESQ.
                            LOSI & GANGI
                            ATTORNEYS FOR THE DEFENDANT
                            147 LINWOOD AVENUE
                            BUFFALO, NEW YORK   14209
                            (716) 854-1446
                            pbrown@losi-gangi.com

Edward H. White, Esq.
Assistant U.S. Attorney
138 Delaware Avenue
Buffalo, New York   14202

Tina Blackman
United States Probation Service
2 Niagara Square
Buffalo, New York   14202