UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,  **STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**

  vs.

STACY SAMUELS  ,                            **Docket No. 14-CR-89**

                              Defendant.
_____

      Defendant, STACY SAMUELS, through her attorney, Robert N. Convissar, has reviewed the Presentence report prepared by the United States Probation Office, regarding the above-referenced case.  Pursuant to the Local Procedural Rules governing sentencing procedure, the defendant hereby files this statement with respect to sentencing factors.  The defendant hereby adopts the findings of the Presentence Report.

      Pursuant to *United States v. Corace,* 146 F.3d 51, 55 (2d Cir. 1998) it is requested that the undersigned be informed of any communications made to the Court concerning the Defendant, which are not disclosed in the Pre-Sentence Report.  Similarly, pursuant to *United States v. Rivera,* 96 F. 3d 41, 43 (2d Cir. 1996) it is requested that the undersigned be informed of any communications from the Probation Office to the Court which do not appear in the Pre-Sentence Report.

Dated:      BUFFALO, NEW YORK        Respectfully submitted,
               May 12, 2016

                                            ROBERT N. CONVISSAR

                                            By:   s/Robert N. Convissar, Esq.
                                                 Attorney for Defendant
                                                 Stacy Samuels
                                                 Office & P.O. Address
                                                 170Franklin Street - Suite 400
                                                 Buffalo, New York  14202

(716) 856-2848
convissarlaw@verizon.net

TO:    Edward H. White, Esq.
Assistant United States Attorney
United States Attorney's Office
138 Delaware Avenue
Buffalo, New York 14202
edward.h.white@usdoj.gov


David W. Ball
U.S. Probation Department
U.S. Courthouse
2 Niagara Square
Buffalo, New York 1420