IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                      14-CR-89-A

STACY SAMUELS and
KARONE JOHNSON,

            Defendants.

---

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that upon the Affidavit filed separately, under seal, the undersigned will move the United States District Court, at the United States Courthouse, Buffalo, New York on a date and time to be determined by the Court, for an adjournment of sentencing in this action and an extension of time to file U.S.S.G. § 5K1.1 motions for approximately three (3) months with respect to defendants Stacy Samuels and Karone Johnson.

    DATED:  Buffalo, New York, May 24, 2016.


                                              WILLIAM J. HOCHUL, JR.
                                              United States Attorney


                BY:   s/EDWARD H. WHITE
                       Assistant United States Attorney
                       United States Attorney's Office
                       Western District of New York
                       138 Delaware Avenue
                       Buffalo, New York  14202
                       716/843-5862
                       Edward.H.White@usdoj.gov