Stacy Samuels
Allegany County Jail
4884 State Route 19
Belmont, New York 14813
Inmate# 16-070


UNITED STATES DISTRICT COURT
FILED
MAY 2 0 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Dear Hon. Richard J Arcara


        I am writing you, in order to express my sincere regret and
apoloize for my actions, that have brought me here. I am ready to
accept the punishment and consequences my actions require. When
I read my P.S.I  report, it made me realize how much Mental
Health is still misunderstood and not recognized given that the
awarness is more prevalent. I met my husband when I was seventeen
years old, and he was twenty-one. I was going through a tramatic
experience at the time. He was instrumental in me finding  a
place to live, as well as provided the financial means necessary.
Due to me being at a influential age, I was susceptible to his
guidence. Over time I was verbally abused, belittled and
manipulated, which in turn I suffered self-esteem issues; and was
reduced to a shell of nothing. I am not a bad person Sir, but I
made a terrible decision because of fear and the possibility of
losing my children.


I was in therapy for four (4) years with two (2) different
facilities, and was unable to receive the insight and development
needed in order to realize the core problems.
Since my incarceration I have had the oppertunity to reflect and
make the necessary changes to restore and rebuild all that was
broken. I am now able to use my trials and tribulation which I
gained during my incarceration to help other inmates to accept
and acknowledge their mistakes to grow, and be a better, stronger
more courageous woman.
Before I was incarcerated I didn't understand the effects drugs
have on an individual and their families. I now have more
awareness on addiction, and the effects that comes with it. I
didn't realize my actions could of contributed to an already
growing epidemic. I have learnt from being housed with these
females and witnessed it first hand how much of an impact drugs
have played in there family life, along with their daily struggle
I've heard of drugs and how it can affect one's life, but
communicating and drug programs I have taken have changed my out-
look and have left me ashamed even more of my actions.
I am now more knoweledgeable and aware of how my actions could of
played an vast scale, due to lack of understanding the full
severity and out-come. My actions not only affected the unfaced
individuals, but even more so my children's, who due to my
absence is enduring insurmountable amount of stress.

My oldest daughter, Tattiyana, is fighting in school which is out
of her character. She has expressed the struggles she faces
everyday living without her parents. My son Diandrie and daughter
Tahlia, needed glasses due to the amount of stress they are under
which resulted in vision lost. My son is also experiencing his
red blood cell eating away at his white which causes immune
deficiency. I didn't realize my children would be doing this time
with me, and I not only failed Karone but them as well. Due to my
reckless disregard my family has endured devastating difficulties

Your Honor, incarceration is about Rehabilitation, and I stand
here two (2) and a half years rehabilitated. Looking in the faces
of my mistakes and gross conduct I am now fully aware and regret-
ful of my actions. I havw completed many programs, and took
   course in order to obtain a G.E.D here in the States even though
   I have one in Canada. This process has shaped me and has allowed
   me to grow in order to give back to my fellow inmates in the
   process.
   I have endured many obstacles, and struggles while being
   incarcerated. Which was very hard to over come in the beginning,
   but the lessons I have learnt, along with the programs, have
   helped me to face each new day. I now have a more profound
   understanding of myself and the difficulties that played a part
   in my gross misconduct on March 20, 2014. I have contemplated
   suicide a few times in the beginning of my incercaration, due to
   the devastating effects my actions played on my family, along
   with the persuasions I endured from other inmates. I soon
   realized that I would not be solving a problem, but creating a
      new one. My incarceration has allowed me to face the demons, I
had been battling in my life and has helped me to be a better
Mother,Sister Friend and a stronger Wife.
I am still growing, but thanks to the time I spent in jail it has
allowed me to never make such a mistake ever again. I have gained
so much knowledge, wisdom, and understanding that I am now able
to go out in my community and educate others on making better,
safer, more responsible choices. I have learnt that anything of
value or worth is more priceless when obtained through hardwork
and determination. My goal is to create an organization that will
allow ex-con's to be able to go into Juvenile Faclities, and
assist young adult's in seeing the path and destraction one's
actions not only have on them, but also to shed light on how
their families are affected even though free, seeing a love one
behind bars battling and struggling with addictions or incarcera-
tion. In the twenty five months I've been moved to six different
facilities which has caused it's own affliction on my Mental
Health and Anxiety.
On the day of my arrest I suffered a seizure which would be one
of many. I have a condition called "Conversion Disorder" which is
not recognized because of the type of Peudo-seizures I suffer
from. Many Officer's are not familiar with this type of seizures
and the way it presents itself physically, so it's often mistaken
or appears to them that I am faking. As a result I have faced
many dangers and have been hurt. Just to name a few, an incident
occured and the attending nurse herself couldn't identify my

seizure, so she was advised by the officer to punch me in my chest or shock me, they even went as far as banging there keys on the bench. Due to her quick thinking she called the doctor on duty, and was informed of my condition. When I was housed at Steuben County Jail Jail, I also suffered seizures and two (2) ammonia packs was administered before the attending nurse arrived and advised that they should never use that on a patient such as myself. I have endured a lot of trauma and dangers, because of lack of knowledge for my condition. My seizures leaves me with speech impairment and temporary paralysis on my right hand side, which can last up to serveral hours before movement is possible. I lose control of my bladder and require assistants to use the bathroom, which is located in my cell. I have been left on serveral occasions to urinate on myself, because medical staff has been unavailable. I also experience food poison in which I endure severe pain along with diarrhea, which resulted in a clogged toilet, I was left in my cell with no medical assistant and an over flowed cell with fiches until the following morning. I have a hernia and third degree burn along with braces that have been untreated, which in itself creates it's own discomfort. I have endured many angish, affliction of pain and suffering with all the facilites since my incarceration. My anxiety and pseudo-seizures requires narcatic drugs in which the U.S Marshall Services does not approve, so I have been left with experimenting with medications that has server side-effects such as extreme shaking, dry mouth,diarrhea and sensitivity to noise. Please Judge Arcara do not take my condition lightly, even though I do not experience Neurological Seizures instead they are Physiological. It affects the body just the same with physical aliments. I find that the solution a lot of the facilities has come up with is to lock any person's with such aliments in a (Special Housing Unit, S.H.U) until they see fit. This is not a solution nor is it Humane.

Hon.Judge Arcara I am at yours and the Courts mercy, and am asking for time served. I understand Sir, that I am not an Americian Citizen, please take into consideration I have no Criminal History and no priers. I am taking full responsibilty for my actions and am deeply remorseful and ashamed. I have to live with the decisions I have made along with the suffering, afflection and lost my love one's have faced. I stand before you rehabilited, wiser and ready to rebuild the damages I have caused Words cannot express the torture a Mother endures being away from her Children, in which makes it even more paramount being in another Country. I Thank you, and I am ready to face any decision you see fit and am very greatful for the time I spent incarcerat-ed, because the lessons I have learnt are priceless.

Sworn to before me this _11_ day of.

_May_ _2016_

_[signature]_

Notary Public

KIMBERLIE A. REYNOLDS
Notary Public - State of New York
No. 01RE6119332
Qualified in Allegany County
My Commission Expires November 29, _2016_

Sincerly Yours,

Stacy Samuels

Literacy West NY, Inc.

learning for life...

# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

## Stacy Samuels

ATTENDED THE FOLLOWING WORKSHOP

### Emergency Preparedness

Presenter: Kimberly Carney

Literacy West

April 6, 2015

*Literacy West NY, Inc.*

*learning for life...*

# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

*Stacy Samuels*

COMPLETED THE FOLLOWING WORKSHOP

# DRUG & ALCOHOL EDUCATION

*Facilitators: Ann Weaver & Dan Robbins*

ACASA

*April 14, 2016*

Literacy West NY, Inc.
learning for life...

# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

## *Stacy Samuels*

ATTENDED THE FOLLOWING WORKSHOP

### *Women's Health*

Presenter: *Nicole Meehan*
*Department of Health*
*March 30, 2015*

Literacy West NY, Inc.

*learning for life...*

# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

## Stacy Samuels

ATTENDED THE FOLLOWING WORKSHOP

### Domestic Violence Awareness

*Presenters: Justin Grabow*
*Cattaraugus Community Action*
*May 12, 2016*

## *Ms Barbara Bergerson ~ Program Instructor*

**Allegany County Jail     4884 State Route 19     Belmont, NY 14813**

April 22, 2016

To Whom It May Concern:

This letter is in regards to Stacy Samuels.  Stacy is enrolled in our high school equivalency diploma class.  Although she has a diploma from Canada, she qualifies to prepare for a New York high school equivalency diploma.

Stacy is involved in the classes.  She asks questions and contributes to class discussion.  She takes a lot of interest in her learning.  Attendance is good and behavior is very good.

Stacy is also enrolled in some of the workshops.  I have Stacy in my Book Study and Who's Who in American History.  Again, she actively participates and does a great job with the projects and such.

From time to time we've have the opportunity to discuss goals.  Stacy is very determined to stay focus and make it through her jail sentence.  She desires to return to her family and help her children get refocused on school and family life.

It has been a pleasure working with Stacy.  I believe she is determined to accomplish her goals.

Sincerely,

Barbara Bergerson

Barbara Bergerson
Program Instructor

*Literacy West NY, Inc.*
*learning for life...*



# CERTIFICATE OF SUCCESSFUL COMPLETION

## Basic First Aid

T H I S   C E R T I F I E S

*Stacy Samuels*

W I T H   K N O W L E D G E   O F   T H E   F O L L O W I N G   C O R E   C O M P O N E N T S :

**Sudden Illness, Environmental Emergencies & Soft Tissue Injuries**

Instructor

March 20, 2015



Certificate of Completion

This certificate is awarded to

Stacy Samuels

For the Completion of the

Winter 2014-15 Anger Management Course

Signature

Presented by
Cattaraugus-Allegany BOCES

Date  3/12/15

Literacy West NY, Inc.

*learning for life...*

# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

*Stacy Sammels*

ATTENDED THE FOLLOWING WORKSHOP

## S.A.F.E. T.A.L.K.

*Suicide Alertness For Everyone Talk Ask Listen Keep Safe*

**Presenter:  Brian Perkins**

*Cattaraugus Community Action/ACCORD*

*April 10, 2015*

Literacy West NY, Inc.
*learning for life...*



# CERTIFICATE OF SUCCESSFUL COMPLETION

THIS CERTIFIES

## *Stacy Samuels*

COMPLETED THE FOLLOWING WORKSHOP

# PARENTING INSIDE OUT

Facilitator: *Charlene Wise*
Literacy West NY, Inc.
*April 2016*

*Exhibit 4*



# Toronto Police Service

40 College Street, Toronto, Ontario, Canada. M5G 2J3
(416) 808-2222  FAX (416) 808-8202
Website: www.TorontoPolice.on.ca



*Criminal Records Unit*

William Blair
Chief of Police

File Number: 15-0226

January 23, 2015

Stacy-Ann Althea Samuels (Cassup)
6 Greenery Road
Markham, ON
L6B 0V4

Dear Sir/Madam:

This will acknowledge receipt of your Application for Destruction of Fingerprints and Photographs by the Criminal Records Unit on January 22, 2015.

Your application has been assigned file number 15-0226.

We will contact you again, in writing, with the decision as soon as your application has been processed. Please do not contact our office unless to advise us of a change in your contact information.  You may call the Criminal Records Unit at 416 808 8268 to report your new contact information quoting your file number.

You may also visit our website at www.torontopolice.on.ca for more information.

Sincerely,

BPRode

FoR

Fahreda Caissie, Group Leader
Criminal Records
Information Access
Records Management Services

FC:rs

*To Serve and Protect - Working with the Community*

*Exhibit "E"*

 **TORONTO**

Anna Kinastowski, B.A., LL.B.*
City Solicitor
Legal Services
Station 1260, 26th Floor
Metro Hall, 55 John Street
Toronto, Ontario M5V 3C6
Tel: 416 392-8047
Fax: 416 397-5624
* *Certified by the Law Society as a Specialist in Municipal Law: Local Government / Land Use Planning & Development*

---

*Reply To*:   **TIM CARRE**
Tel:   (416) 392-8044
Fax:   (416) 397-5624
Email: tcarre@toronto.ca

Our File No.

May 13, 2015

***Delivered By Regular Mail***

**Stacy-Ann Samuels**
# 6 Greenery Road
Markham, Ontario
L6B 0V4

Dear Ms. Samuels,

Re:   **Samuels v. Toronto Police Services, et al**
      **Court File No. SC-14-11040-00**

Further to the settlement of the above action, please find enclosed a cheque in the amount of $4250.00 payable to yourself in full satisfaction of the defendant's settlement obligations. These funds are made payable to you and delivered by regular mail in accordance with the direction signed by the Releasors in their Full and Final Release dated April 14, 2015.

Yours truly,

Tim Carre
*Solicitor*
/Encl.

c. Andrei Samuels by email to: andriesamuels@mail.com

**Superior Court of Justice**
*Cour supérieure de justice*

Endorsement Record/Order of the Court
Fiche d'inscription/Ordonnance judiciaire

Toronto

SC-14-00011040-0000
Court File No./ N° de la demande

Small Claims Court / Cour des petites créances de
47 Sheppard Av E 3rd fl
Address / Adresse
Toronto, ON M2N 5N1

(416)326-3554
Phone number / N° de téléphone

BETWEEN / ENTRE:

STACY-ANN ALTHEA SAMUELS; SEAN JASON ROSS

Plaintiff
*Demandeur*

*and / et*

TORONTO POLICE SERVICES BOARD ; TORONTO POLICE 54 DIVISION

Defendant
*Défendeur*

Representative of the plaintiff(s):    A. SAMUEL, FAMILY MEMBER.
*Représentant du demandeur :*
Representative of the defendant(s):    T. CARRE, COUNSEL
*Représentant du défendeur :*               K. JAMES, ADJUSTER.

Event type:          Settlement Conference
*Type d'affaire:*

On    09-APR-2015     , a hearing was held in the above matter and the following order was made:
*Le*                *une audience a eu lieu concernant l'affaire susmentionnée, et l'ordonnance suivante a été rendue :*

PLAINTIFF'S CLAIM IS SETTLED PURSUANT TO
THE TERMS OF THE MINUTES OF SETTLEMENT
FILED HEREIN

Signature of Judge / Signature du juge     DT
SCO.

*Exhibit "D"*
*# 3 pgs.*



FILE NUMBER: SC- 14 — 11040

IN THE SUPERIOR COURT OF JUSTICE
TORONTO SMALL CLAIMS COURT

BETWEEN:

STACY-ANN ALTHEA SAMUELS
+
SEAN JASON ROSS          PLAINTIFF

AND

AND

TORONTO POLICE SERVICES BOARD   DEFENDANT

MINUTES OF SETTLEMENT

The above parties have agreed to settle this action on the following terms:

1.  The Defendant shall pay to the Plaintiff the sum of $ __4,250.00__ as follows:

    1. Plaintiffs and Game Village Inc. will provide a Full
    and Final Release in a form acceptable to the Board, within 30 day
    2. Payment by the Defendant within 30 days of receiving an
    executed Full and Final
    as full settlement of all claims, inclusive of interest and costs;   Release — payee to be
    confirmed by the Releasers
    in the Release.

2.  This Claim (and Defendant's Claim, if any) are dismissed.

3.  Should the Defendant default, the Plaintiff may ask the Clerk of the Court to sign
    judgment, without notice, for $_____, plus interest and costs, less any
    payments made.

4.  Provided that the terms of settlement are complied with, the parties above fully and finally
    release one another from all claims related to the facts and issues raised in this action.

Dated at Toronto, this *Thursday* day of *April 9th* 20 *15*

Witness: _____          Plaintiff: _____
                                    FOR : S. SAMUELS + S. ROSS.

Witness: _____          Defendant: _____
                                    FOR : TORONTO POLICE SERVICES
                                                              BOARD.



# Toronto Police Service

40 College Street, Toronto, Ontario, Canada. M5G 2J3
(416) 808-2222  FAX (416) 808-8202
Website: www.TorontoPolice.on.ca



Mark Saunders
Chief of Police

*Criminal Records Uni*
File Number: _____15-022€

September 16, 2015

Stacy-Ann Althea Samuels (Cassup)
6 Greenery Road
Markham, ON
L6B 0V4

Dear Sir/Madam:

Further to our letter dated January 23, 2015, please be advised that your request will be forwarded to the RCMP with our recommendation to destroy your fingerprints, photographs and related record of disposition.

Once we have been notified by the RCMP and have concluded your file, we will contact you in writing to advise accordingly. The fingerprint/photo destruction process takes approximately 12 months for completion from the date of this letter.

It is not necessary for you to contact this office before then unless to advise us of a change in your contact information. You may call the Criminal Records Unit at 416 808 8268 to report your new contact information quoting your file number.

Sincerely,

Rauf Misir, Group Leader
Criminal Records
Information Access
Records Management Services

RM:jl



*Literacy West NY, Inc.*

*learning for life...*

| | | |
|---|---|---|
| *Allegany* | 5455 State Rte. 19 N, Belmont, NY 14813 | |
| | Phone: 585.268.5213   Fax: 585.268.9120 | |
| *Cattaraugus* | One Blue Bird Square, LL, Olean, NY 14760 | |
| | Phone: 716.373.1880 ext. 277 | |
| *Wyoming* | 29 North Main St, Warsaw, NY, 14569 | |
| | Phone: 585.786.3890   Fax; 585.228.1015 | |

February 24, 2016

To Whom It May Concern,

I am pleased to have the opportunity to speak on behalf of Ms. Stacy Samuels.

Ms. Samuels first enrolled with our Educational program here at the Allegany County Jail in September 2014. She was transferred to another facility in June 2015. She re-enrolled in the program in Feburary 2016 when she was transferred back to this facility. She was prompt in completing her TABE Math and Reading Testing for both enrollments.

Her TABE grade equivalent scores are as follows:

| | | |
|---|---|---|
| 09/12/2014 | Reading | 10.7 |
| 09/12/2014 | Math | 5.3 |
| 10/29/2014 | Math | 6.7 |
| 02/05/2015 | Reading | 12.9 |
| 03/13/2015 | Math | 6.2 |
| 02/09/2016 | Math | 6.0 |

She completed the following workshops in:

*October 2014:* College Planning, Nutrition.
*November 2014:* Budgeting.
*March 2015:* Women's Health, Basic First Aid.
*April 2015:* Emergency Preparedness, SAFE TALK Suicide Awareness.

Ms. Samuels has just recently re-enrolled in academic classes but we believe that her continued attendance will result in improving her Math skills. She has demonstrated appropriate behavior when attending academic classes and workshops.

Please do not hesitate to contact me with any questions you may have. I can be reached by email at kcarney@lwny.org or my office line 585-268-7590.

Sincerely,

Kimberly Carney
Corrections Program Site Coordinator
Literacy West NY, Inc.
5455 State Route 19N
Belmont, NY 14813

*Empowering Allegany, Cattaraugus, Wyoming communities through lifelong learning!*

Honorable Richard J.Arcara
United States District Judge
2 Niagara Square
Buffalo, New York  14202

RE: Stacy-Ann Samuels

Good day Judge Arcara,

My name is Calmar Morgan and I am writing in reference to Stacy Ann Samuels, who is appearing before your court due to a terrible mistake she made. Stacy asked me to write a character reference letter, but the truth is that I was already planning on doing so before the request. Despite Stacy's poor decision making I still feel strongly about her and about her future.

Stacy is a person of good moral character, great ambition and comes from a strong family. I realize that might seem hard to believe, given the circumstances, but it's true nonetheless. Stacy would give her last to make another person smile; A while back she organized a program for less fortunate kids in Jamaica. The long hours she put into making the program work was cherished, by everyone around her and the lives she touched.

I have known Stacy for 13 years; I look up to her as a positive big sister, but in that time I have seen her go through ups and downs, just like any other human. But, when she is down she turns to her family and of course God for comfort and a peace of mind. Stacy has four kids that she loves with every ounce of her body and would give anything just to see them more often.

Stacy has made a mistake, and she is incredibly remorseful, and has already pleaded guilty. But after these pass two years, we're hoping Stacy can be given an opportunity to get a second chance, a second chance to reconnect with her kids and start her life over. I recognize that Stacy broke the law, but I do believe she understands the impact she made on a number of lives by her terrible decision. I hope you will recognize the power you wield with regard to the future of Stacy and make a fair decision.

Thank you,

Calmar Morgan

Honorable Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, New York   14202

RE: Stacy Samuels

Dear Judge Arcara

     My name is Samuel Laleye and I am a close friend of Stacy and her husband Andrie. I have known her husband for 24 years and Stacy for nearly 18. I am a Godfather to their four children and have been a fixture in their lives for most of their childhoods. I have always acted as a counsellor of sorts when it came to their relationship and stood proudly as Andrie's best man when they married in 2009. I remember being at a dress rehearsal for the ceremony and being asked to say a few words before we parted. I spoke about the trials that they had gone through in their relationship and how it prepared them to spend the rest of their lives together. "Pressure either busts pipes, or makes diamonds and you guys are definitely gems" were the words I used.

     I am aware the Stacy has plead guilty to very serious crimes and while I am disappointed in her poor judgement I am compelled to write this letter on her behalf because of the effect of her incarceration on her children. When I finally got a chance to speak to Stacy for the first time she filled me in on many of the details concerning her case. I was taken aback by how this person that I have known for so long could find herself in this position. I wanted to lambaste her and her husband but I knew that it was neither the time nor place for laying blame as her current address was all the reminder she needed. Since getting into contact with Stacy I have been able to maintain a stable line of communication between her and her family which has greatly helped with her state of mind. Stacy has a lot of broken pieces to fix when she eventually comes home, but I will be there to help in any way that I am capable. I consider Stacy to be a sister and if our roles were reversed she would do the same for me.

     The past two years may be all you have to go on but they do not tell Stacy's full story. Stacy is a kind and caring women who fights tenaciously for those she cares about. In 2003 Stacy rounded up her neighbors and fought against the city of Vaughan and the builder of the homes in their sub-division when they found out there were inconsistencies with the blueprints. In 2013 Stacy started "Fill a Pack" a drive to provide impoverished kids in Jamaica with school supplies. Stacy has opened her home to numerous individuals in their time of need and she always has a sympathetic ear for your problems.

     Stacy knows what she did was wrong and she knows that the consequences are hers to own. There was no mistake, no one forced her, she made a choice and she chose wrong. The last two years have been especially trying for her children who have had to be split up among family members due to her absence. While I myself strongly believe that those who choose to do wrong must pay the price, I also feel the plight of the kids. I recently had them over to my place during March break and while they do their best to put on a bright face, I can see how not having their mother with them is taking its toll. The sooner Stacy can come home, the sooner she can begin to mend her relationship with the kids, the oldest of which is graduating from high school this summer. I thank you for taking the time to read this letter and ask that you consider its contents when you make your ruling.

Sincerely,

Samuel Laleye

Wednesday, May 4, 2016

To whom it may concern.

I am writing this character letter about the absence of my mom, Stacy-Ann Samuels.

The impact of my mother's absence has been hard on all of us especially on me, because my mother and I were so close. With my mom being absent for such a long period a lot of things have impacted us. Due to the circumstances we've had to change locations. We moved from Markham, a place we've know for most of our lives to Brampton living with our grandma. We also had to change schools because of the location. Another thing is we've have not been able to see family or friends since we have moved to Brampton to live.

When my mother was present with us everything was marvellous. We would do a lot of extravagant activities together as a family. We would go on bike rides, have walks in the community and even go to the park for a day. Not only that but we would also have family game nights every Friday and go to church on Sunday's. My mom was a wonderful mother and wife. Since my mother's absence I have missed out on an abundance of things. When my mother was here I would play soccer, associate with friends and family and do extracurricular activities more often.

I would love to have my mother back in our presence so we can be a complete family once again. We would love to help her turn her life around for good and turn to god. Also, help her get a job and provide for the family. But most importantly be the mother she always was.

Sincerely,

Di'andrie Samuels

Stacy Samuels is my mother.  The things that my mother has done for me is: put food on the table when I need it, has given me money when I ask and she loves me unconditionally.

When my mother is home she cooks food so that the rest of my siblings can eat. She is always in the kitchen cooking food so that there is enough food for everyone in the house.

When I want to go out to the movies or the mall with friends my mother would give me money so that I could go out and enjoy myself. My mother also gives me money so that I can buy the things that I need For Example: if I need school supplies, clothing or shoes.

My mother shows me unconditional love. For Example: when I am going to bed she will talk to me until I fall asleep or she will tell me how much she loves me every night before I go to my bed. Another thing how she shows her love is when we both go on the road.  When my mother and I go on the road we will turn up the music and sing the song that is on the radio. My mother also shows that she loves me by the amount of time we spend with each other.

On behalf of me and my siblings we need our mother to come home. We need a mother who loves us the way she does; we need our mother who takes very good care of us when we are hurt. We are suffering without our mother and we need her to come home.

Stacy Samuels
#16-070
C/O Allegany County Jail
4884 State Route 19
Belmont, NY 14813

USDC - WDNY
MAY 20 2016
BUFFALO

14 - cr

Hon: R
Senior
Docket no: 08
Q nic
Buffal